UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PAUL VINCENT CRAIG | CIVIL ACTION NO. 16-1560 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus be and hereby is **DISMISSED without prejudice**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of August, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE